UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  5:26-CR-50027 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Assaulting, Resisting, and Impeding a Federal Officer |
| ERIBERTO GONZALEZ-GINEZ, | (18 U.S.C. § 111(a)) |
| Defendant. | |

The Grand Jury Charges:

On or about February 2, 2026, in the District of South Dakota, the defendant, Eriberto Gonzalez-Ginez, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Chad Fischer, and such act involved physical contact with Chad Fischer, while Chad Fischer was employed as a Deportation Officer for United States Immigration and Customs Enforcement, and while Chad Fischer was engaged in the performance of his official duties, and where such acts involved physical contact with the officer, all in violation of 18 U.S.C. § 111(a).

A TRUE BILL

**Name Redacted**

_____
Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By _____