**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**

Karen E. Schreier United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - JSH | Court Reporter – Deanna Clayborne |
| Courtroom – RC #1 | Date – May 28, 2026 |
| U.S. Probation Officer – not present | |

5:26-cr-50027-1

| | |
|---|---|
| UNITED STATES OF AMERICA | Benjamin Schroeder |
| Plaintiff, | |
| vs. | |
| Eriberto Gonzalez-Ginez | Alecia Fuller |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 2:00 PM

TIME:

2:02 PM    Enter change of plea.

Federally certified interpreter sworn.

Defendant pleads guilty to the sole count contained in the Indictment.

Sentencing set for: 08/31/2026 at 10:30 a.m.

2:24 PM    Court adjourned